# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 9, 2016

Robert P. Young, Jr.,
Chief Justice

152747(67)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

TINA MARIE DELL,
      Plaintiff-Appellee,

v

SC: 152747
COA: 322654
Allegan: 11-048797-NI

CITIZENS INSURANCE COMPANY OF
AMERICA and CITIZENS INSURANCE
COMPANY OF THE MIDWEST,
      Defendants-Appellants.
_____/

     On order of the Chief Justice, the motion of the Auto Club Insurance Association to participate as amicus curiae and submit a brief in support of the application for leave to appeal is GRANTED. The amicus brief submitted on March 7, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2016

